ORIGINAL

# United States District Court
*Southern District of Georgia*

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2016 JUL -1 PM 12: 18

CLERK C Adams
SO. DIST. OF GA.

KIMBERLY FAE SEAY and
JONATHAN A. SEAY

Case No. 3:16-CV-00049-DHB-BKE

Plaintiff

v. AUTO-OWNERS LIFE
INSURANCE COMPANY, et al.

Appearing on behalf of
AUTO-OWNERS LIFE INSURANCE Co.

Defendant

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 1st day of July, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Michael C. Kendall

Business Address: KENDALL LAW GROUP, LLC
Firm/Business Name

3152 Golf Ridge Boulevard, Suite 201
Street Address

Douglasville  GA  30135
Street Address (con't)  City  State  Zip

Mailing Address (if other than street address)

Address Line 2  City  State  Zip

770-577-3559      414030
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: mckendall@kendall-lawgroup.com