ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JUL 14 AM 10:59
CLERK _CAdams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JONATHAN A. SEAY and KIMBERLY FAE SEAY, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 316-049 |
| AUTO-OWNERS INSURANCE COMPANY and SOUTHERN PRIDE CLAIMS, INC., | * * * * | |
| Defendants. | * | |

O R D E R

On July 12, 2016, Plaintiffs filed a "Notice of Voluntary Dismissal" in the above-captioned case. (Doc. no. 11.) With that notice, Plaintiffs seek to dismiss their claim against Defendant Southern Pride Claims, Inc. ("Southern Pride"). Upon due consideration, the Court finds that dismissal is appropriate. See Fed. R. Civ. P. 21 ("On motion or on its own, the court may at any time, on just terms, add or drop a party."). **IT IS THEREFORE ORDERED** that Plaintiffs' claim against Defendant Southern Pride is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **TERMINATE** Defendant Southern Pride's motion to dismiss (doc. no. 7) and to **TERMINATE** Defendant Southern Pride as a party. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this ___14th___ day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE