ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

KIMBERLY FAE SEAY and  \*
JONATHAN A. SEAY;       \*
                        \*
    Plaintiffs,          \*
                        \*
v.                       \*     CV 316-049
                        \*
AUTO-OWNERS INSURANCE   \*
COMPANY,                 \*
                        \*
    Defendant.           \*

O R D E R

On August 18, 2016, the remaining parties in the captioned case filed a Stipulation of Dismissal with Prejudice.[1] (Doc. no. 13.) The stipulation is signed by all parties remaining in the case. (Id.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against the remaining Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of August, 2016.

UNITED STATES DISTRICT JUDGE

---

[1] On July 14, 2016, the Court entered an order dismissing with prejudice Plaintiffs' claims against Defendant Southern Pride Claims, Inc. (Doc. no. 12.)